BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 114599
FILED by _RP_ D.C.
JUL 1 6 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

| | |
|---|---|
| Joel Velez,<br><br>Plaintiff,<br><br>vs.<br><br>Bass & Associates, P.C. and Cavalry SPV I, LLC,<br><br>Defendants. | Docket No:<br><br>**COMPLAINT**<br><br>JURY TRIAL DEMANDED |

Joel Velez, by and through the undersigned counsel, complains, states and alleges against Bass & Associates, P.C. and Cavalry SPV I, LLC (hereinafter referred to collectively as "*Defendants*"), as follows:

### INTRODUCTION

1. This action seeks to recover for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has federal subject matter jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. § 1692k(d).

3. Venue is proper under 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

4. At all relevant times, Defendants conducted business within the State of Florida.

1

## PARTIES

5. Plaintiff Joel Velez is an individual who is a citizen of the State of Florida residing in Miami-Dade County, Florida.

6. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

7. On information and belief, Defendant Bass & Associates, P.C., is an Arizona Professional Corporation with a principal place of business in Pima County, Arizona.

8. On information and belief, Defendant Cavalry SPV I, LLC, is a New York Limited Liability Company with a principal place of business in Westchester County, New York.

9. Defendants are regularly engaged, for profit, in the collection of debts allegedly owed by consumers.

10. Defendants are "debt collectors" as defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS

11. Defendants allege Plaintiff owes a debt ("the Debt").

12. The Debt was primarily for personal, family or household purposes and is therefore a "debt" as defined by 15 U.S.C. § 1692a(5).

13. Sometime after the incurrence of the Debt Plaintiff fell behind on payments owed.

14. Thereafter, at an exact time known only to Defendants, the debt was assigned or otherwise transferred to Defendants for collection.

15. In their efforts to collect the Debt, Defendants contacted Plaintiff by telephone on October 18, 2017.

16. On that date, an individual identifying herself as "Teresa" and employed by Bass & Associates, called Plaintiff.

17. The telephone call is a "communication" as defined by 15 U.S.C. § 1692a(2).

18. "Teresa," on Defendants' behalf, left a voicemail message on Plaintiff's telephone ("The Message").

19. The Message is a "communication" as defined by 15 U.S.C. § 1692a(2).

20. The Message announced that the call was from "Bass & Associates."

21. The Message announced that the call was from a "debt collector."

22. The Message announced that the call was an "attempt to collect a debt."

23. The Message contained warning indicating that Plaintiff should not listen to The

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

Message in the presence of others.

24. The telephone call did not have a "Caller ID" indicating the call was from a debt collector.

25. Not knowing the source of the call, or the reason for the call, Plaintiff played The Message in the presence of third parties.

26. The third parties were not aware of the Debt.

27. Plaintiff never gave Defendants consent to communicate with any third party in connection with the collection of the Debt.

28. Plaintiff did not give Defendants express permission to leave messages on the telephone that Defendants called.

29. Defendants' conduct invaded the privacy protections afforded the Plaintiff through the FDCPA.

30. 15 U.S.C. § 1692c(b) provides that without the prior consent of the consumer given directly to the debt collector, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

31. Defendants' actions as described herein violate 15 U.S.C. § 1692c(b).

32. Plaintiff was caused embarrassment and humiliation.

## JURY DEMAND

33. Plaintiff hereby demands a trial of this action by jury.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests judgment as follows:

a. Damages against Defendants pursuant to 15 U.S.C. § 1692k; and

b. Plaintiff's attorneys' fees pursuant to 15 U.S.C. § 1692k; and

c. Plaintiff's costs; all together with

d. Such other relief that the Court determines is just and proper.

DATED: May 2, 2018

                                               BARSHAY SANDERS, PLLC

                                               By: _____
                                               Craig B. Sanders, Esq.
                                               100 Garden City Plaza, Suite 500
                                               Garden City, New York 11530
                                               Tel: (516) 203-7600
                                               Fax: (516) 706-5055
                                               csanders@barshaysanders.com
                                               *Attorneys for Plaintiff*
                                               Our File No.: 114198

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530

Barshay Sanders
100 Garden City Plz
Suite 500
Garden City, NY 11530

Office of Clerk
US Courthouse Southern District of Florida
400 North Miami Ave.
Room 8
Miami, FL 33128



ZIP 11530
02 1W
0001392033

